UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) No. 1:17-cr-00190-TWP-TAB
DAVID QUINTANA, ) -02
Defendant. )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 15, 2026, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 273). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: October 30, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Harold Samuel Ansell
ATTORNEY AT LAW
Sam_Ansell@fd.org

Peter A. Blackett
DOJ-USAO
peter.blackett@usdoj.gov

Mitchell Adam Swedarsky
Indiana Federal Community Defenders
Mitch_Swedarsky@fd.org

James Robert Wood
DOJ-USAO
bob.wood@usdoj.gov

Electronic notice to USPO

Electronic notice to USM-C